## Genevieve L. King, Plaintiff-Appellee, v. Robert C. King, Defendant-Appellant.

### Gen. No. 46,238.

Eugene P. Meegan, for appellant; William N. Brady, of counsel; Torme & Kanter, for appellee; Arthur H. Torme, and Benjamin J. Kanter, of counsel. Opinion by JUSTICE KILEY. Not to be published in full. Opinion filed July 2, 1954; released for publication September 14, 1954.